Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

NORTHERN Division

|  |  |
|---|---|
| Justin Lomax #153091 | ) Case No. 3:24-cv-00371-CWR-ASH |
| _____ | ) (to be filled in by the Clerk's Office) |
| **Plaintiff(s)** | ) |
| (Write the full name of each plaintiff who is filing this complaint. | ) |
| If the names of all the plaintiffs cannot fit in the space above, | ) |
| please write "see attached" in the space and attach an additional | ) |
| page with the full list of names.) | ) |
| -v- | ) |
|  | ) |
|  | ) |
| "See Attachments" | ) |
| _____ | ) |
| **Defendant(s)** | ) |
| (Write the full name of each defendant who is being sued. If the | ) |
| names of all the defendants cannot fit in the space above, please | ) |
| write "see attached" in the space and attach an additional page | ) |
| with the full list of names. Do not include addresses here.) | ) |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                            Justin Lomax

All other names by which
you have been known:

ID Number                       153091

Current Institution             Walnut Grove Correctional Facility

Address                         P.O. BOX 389

                                Walnut Grove        MS        39189
                                _City_            _State_     _Zip Code_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
    Name                        Mr. Arnold
    Job or Title (if known)     Criminal Investigation Department
    Shield Number
    Employer                    Mississippi Department of Corrections
    Address                     P.O. BOX 1419

                                Leaksville         MS        39451
                                _City_            _State_     _Zip Code_

    ☑ Individual capacity    ☑ Official capacity

Defendant No. 2
    Name                        Ms. Turner
    Job or Title (if known)     Correctional Officer
    Shield Number
    Employer                    Mississippi Department of Corrections
    Address                     P.O. BOX 1419

                                Leaksville         MS        39451
                                _City_            _State_     _Zip Code_

    ☑ Individual capacity    ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                Mr. Hicks
    Job or Title *(if known)*  Deputy Warden
    Shield Number
    Employer          Mississippi Department Of Corrections
    Address           P.O. Box 1419
                  Leaksville      MS    39451
                  *City*      *State*    *Zip Code*
                [✓] Individual capacity  [✓] Official capacity

Defendant No. 4
    Name                Mr. Lee
    Job or Title *(if known)*  Correctional Officer
    Shield Number
    Employer          Mississippi Department Of Corrections
    Address           P.O. Box 1419
                  Leaksville      MS    39451
                  *City*      *State*    *Zip Code*
                [✓] Individual capacity  [✓] Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    [ ] Federal officials (a *Bivens* claim)

    [✓] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    " See Attachments "

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

*"See Attachments"*

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee

- [ ] Civilly committed detainee

- [ ] Immigration detainee

- [x] Convicted and sentenced state prisoner

- [ ] Convicted and sentenced federal prisoner

- [ ] Other *(explain)*

## IV.  Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

*"See Attachments"*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

*"See Attachments"*

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*"See Attachments"*

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

*"See Attachments"*

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

*"See Attachments"*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

South Mississippi Correctional Institution / Walnut Grove Correctional Facility

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

South Mississippi Correctional Institution / Walnut Grove Correctional Faci

2.    What did you claim in your grievance?

"See Statement of Claims Attachments"

3.    What was the result, if any?

Rule violation Appeal denied ; other ARP's unanswered

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

Rule violation appeal through all Administrative Remedy Programs steps; other ARP's still unanswered

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.     If you did not file a grievance:

　　　1.     If there are any reasons why you did not file a grievance, state them here:

　　　2.     If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

　　　*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.     If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

  1.   Parties to the previous lawsuit
       Plaintiff(s) _____
       Defendant(s) _____

  2.   Court *(if federal court, name the district; if state court, name the county and State)*
       _____

  3.   Docket or index number
       _____

  4.   Name of Judge assigned to your case
       _____

  5.   Approximate date of filing lawsuit
       _____

  6.   Is the case still pending?

       ☐ Yes

       ☐ No

       If no, give the approximate date of disposition. _____

  7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

       _____

C.     Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s) _____
    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

### IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11-28-24

Signature of Plaintiff    _Justin Lomax_
Printed Name of Plaintiff    JUSTIN LOMAX
Prison Identification #    153091
Prison Address    P.O. BOX 389
Walnut Grove            MS        39189
       *City*       *State*    *Zip Code*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____
       *City*       *State*    *Zip Code*

Telephone Number    _____
E-mail Address    _____

1.) Mr. Arnold

2.) Ms. Turner

3.) Mr. Hicks

4.) Mr. Lee

5.) Ms. Lockhart

6.) Timothy Barnes

7.) Ms. Ellis

8.) Burl Cain

9.) (Unknown)

10.) (Unknown)

I. The Parties To This Complaint

(B) The Defendants

Defendant NO. 5
Name: Ms. Lockhart
Job or Title: Major
Shield Number: N/A
Employer: Mississippi Department Of Corrections
Address: P.O. Box 1419

Leaksville
City
Ms
State
39451
ZIP Code

☑ Indivdual Capcity   ☑ Official Capacity

Defendant NO. 6
Name: Timothy Barnes
Job or Title: Warden
Shield Number: N/A
Employer: Mississippi Department Of Corrections
Address: ████████ P.O. Box 1419

Leaksville
City
Ms
State
39451
ZIP Code

☑ Indivdual Capcity   ☑ Official Capcity

"Attachments"

I. The Parties to this Complaint   Page 3 of 11

Ⓑ

Defendant No. 7
Name: Ms. Ellis
Job or Title: Major
Shield Number: N/A
Employer: Mississippi Department of Corrections
Address: P.O. Box 389

Walnut Grove          MS          39189
    CITY              State       ZIP Code

☑ Indivdual Capcity      ☑ Official Capcity


Defendant No. 8
Name: Burl Cain
Job or Title: Commissioner
Shield Number: N/A
Employer: Mississippi Department of Corrections
Address: 301 N. Lamar street

Jackson          MS          39201
  CITY           State       ZIP Code

☑ Indivdual Capcity      ☑ Official Capcity

I. The Parties to this Complaint

(B)

Defendant NO. 9
Name: (Unknown)
Job or Title: Correctional Officer
Shield Number: N/A
Employer: Mississippi Department Of Corrections
Address: P.O. Box 1419

      Leaksville         Ms       39451
        CITY           State     ZIP Code


Defendant NO. 10
Name: Unknown
Job or Title: Correctional Officer
Shield Number: N/A
Employer: Mississippi Department Of Corrections
Address: Walnut Grove    Ms      39451
         CITY      State    ZIP Code

II. Basis for Jurisdiction

(B.)

1.) Negligence
2.) False Imprisonment
3.) Due Process Rights Of People in Prison/Fourteenth Amendment
4.) Failure to Protect Prisoner from Physical Abuse
5.) Failure to Protect Prisoner from Sexual Assault
6.) Right to Medical Care/deliberate Indifference
7.) Eighth Amendment "Cruel and Unusual Punishment"
8.) Equal Protection

(D.)

1.) C.I.D Mr. Arnold acted under the color of state or local law, by negligently ignoring Prisoner Compliants of needing to be Protected from harm and unreasonable risk.

2.) Correctional Officer Ms. Turner acted under color of state or local law by negligently refusing Prisoner right to Speak with "C.I.D" which is a act of Misprison.

3.) Correctional Officer (unknown) acted under color of State law by negligently failing to use reasonable care and Protect Prisoner from abuse and unreasonable risk.

4.) Deputy Warden Mr. Hicks acted under color of State or local law by failing to use reasonable care Keeping Prisoner Safe from harm and unreasonable risk. As well as equal Protection, and delay of medical.

5.) Correctional Officer Mr. Lee acted under color of state or local law by failing to Protect Prisoner from Physical Sexual abuse.

II. Basis for Jurisdiction

(D.)

6.) Major Ms. Lockhart acted under color of state or local law by negligently delaying Prisoner right to Medical Care.

7.) Warden Mr. Timothy Barnes acted under color of state or local law by negligently delaying Prisoner right to Medical Care.

8.) Major Ms. Ellis acted under color of state or local law by negligently violating Prisoners Due Process Rights of People in Prison, and violating Mississippi Department of Corrections Disciplinary Standard Operation Procedures.

9.) Correctional Officer (Unknown) acted under color of State or local law by negligently falsely Imprisoning a Prisoner.

10.) Commissioner Mr. Burl Cain acted under color of State or local law by negligently over-looking a Prisoner reddress and reforwarding reddress to employees reddress was reporting.

IV. Statement of Claim    "Attachments" Page 1 of 11

(b.)

Claim#1: South Mississippi Correctional Institution-SMCI 2- Building B2 - Zone Bravo- October- December 2024 - [unknown]

Claim#2: South Mississippi Correctional Institution-SMCI 1- Administration Building- May 13TH, 2024 - 4:45 PM

Claim#3: South Mississippi Correctional Institution-SMCI 1- Unit 11 - Zone Alpha - May 18TH, 2024 - 9:50 PM

Claim#4: South Mississippi Correctional Institution-SMCI 1- Unit 11 - Zone Alpha/Administration Building - May 19TH, 2024- 5:00 PM

Claim#5: South Mississippi Correctional Institution-SMCI 1- Cafeteria - May 31st, 2024 - 4:55 PM

Claim#6: South Mississippi Correctional Institution-SMCI 1- Administration Building - May 31st, 2024 - 5:45 PM

Claim#7: Walnut Grove Correctional Facility- Unit 6 - Zone Delta- Administration Office - June 10TH, 2024 - 9:30 am

Claim#8: Walnut Grove Correctional Facility- Unit 6 - Zone Delta- Cell#6 - June 10TH, 2024 - 9:30 am



IV. Statement of Claim

"Attachments"
Page 9 Of 11

D.

Claim#1: During the months of October-December 2023. I Justin Lomax MDOC#153091 wrote Commissioner Mr. Burl Cain a reddress Pertaining to I Justin Lomax MDOC#153091 having been assaulted and Mississippi Department Of Corrections Prison Officials at South Mississippi Correctional Institution failing to Protect me Justin Lomax MDOC#153091. January of 2024 I was seen by CID Arnold and learned reddress written to Commissioner Mr. Burl Cain was sent to Same Mississippi Department Of Corrections Prison Officials at South Mississippi Correctional Institution; and

Claim#2: On May 13, 2024 I Justin Lomax MDOC#153091 exited Unit II Zone Alpha and walked to Administration Building. Upon entering administration building I stood in the Presence Of Correctional Officer Ms. Turner and CID Mr Arnold. I informed both indivduals I was in serious risk of harm and needed to report a complaint to CID Mr Arnold. Correctional Officer Ms Turner ordered me to return to Unit II Zone Alpha, denying my right to report a Complaint to CID Mr Arnold. I exited administration building and begin to walk back to Unit II Zone Alpha. Along the walk back to unit II zone Alpha I came incontact with Major Ms. Lockhart. I informed Major Ms. Lockhart that I was denied a right to report a complaint to CID Mr Arnold by Correctional Officer Ms. Turner. Major Ms. Lockhart responded saying she would make sure I spoke with CID Mr Arnold the following day. The next day May14TH, 2024 I spoke with CID Mr Arnold reporting to him that I was bein bullied by other Prisoners and needed Prison official assistance with being Protected from substantial risk Of harm. After discussing matter with CID Mr. Arnold I was sent back to Unit II Zone Alpha; and

IV. Statement of Claim cont.    "Attachments"

Ⓓ

Claim #3: On May 18th, 2024 I Justin Lomax MDOC #153091 was talking to a Prisoner when another Prisoner ran towards me making contact and begin to assault me. I during this altercation was surrounded by several other Prisoners who pulled and swung fist at me under camera view and infront of Prison Officials watch tower. Correctional Officer Ms(unknown) who was guard on duty visibly seen me in distress after becoming aware of incident from loudness of group disturbance. No reports was made by guard Ms.(Unknown); and
["Exhibit A" See recorded camera footage]

Claim #4: On May 19th, 2024 Correctional Officer, Ms(Unknown) gave me a order to pack my belongings and report to administration building. I exited unit 11 zone, Alpha and walked to administration building. I entered administration building and was told by Deputy Warden Mr. Hicks I was being rehoused in a gang unit. I asked, why was I being rehoused? Deputy Warden Mr. Hicks told me this was do to assaulting another prisoner. I informed Deputy Warden Mr. Hicks I was the prisoner who was assaulted the night before on May 18th, 2024. Deputy Warden Mr. Hicks than ordered me to stand outside administration building while he reviewed camera footage. Deputy Warden Mr. Hicks returned and futher ordered me to return to unit 11 zone Alpha. Prisoner responsible for violent acts against me were not held accountable for the actions; and

(D)

Claim#5: On May 31ST, 2024 I Justin Lomax MDOC# 153091 was touched on the behind by another Prisoner. I exited unit 11 zone Alpha for dinner and informed Correctional Officer Mr. Lee. I had been touched Sexually by another Prisoner. Correctional Officer Mr. Lee gave me a order to return to Unit 11 Zone Alpha without recieving proper assistance in the matter; and

Claim#6: On May 31st, 2024 I Justin Lomax MDOC# 153091 was involved in a Physical altercation and was injured with a weapon. Prison officials removed me from unit 11 zone Alpha after disturbance. I was placed in a holding cell in administration building for two and a half hours causing me to be delayed from recieving medical attention for two and a half hours. Warden Timothy Barnes, Deputy Warden Mr. Hicks, and Major Ms. Lockhart were Prison officials responsible; and

Claim#7. On May 31st, 2024 I Justin Lomax MDOC# 133091 was written a Rule Violation Report by Major Ms. Lockhart but was not giving a copy of written statement or description of Rule Violation Report. I also was written a dentention notice stating I was being transferred to Walnut Grove Correctional Facility and was being placed in pending disciplinary action segregation and I was not giving a copy of dentention notice.

On June 10th, 2024 a disciplinary hearing was held by Disciplinary Hearing Officer Major Ms Ellis. I was found guilty of Rule Violation Report and giving (6) unauthorized unallowable sanctions. After disciplinary hearing I recieved a copy of written Rule Violation Report and became aware that false documentation had been made on Rule Violation Report such as stating I was not placed in segregation and the forging of the wrong date by signature at disciplinary hearing. I appealed Rule violation Report guilty findings through the Administrative Remedy Program and was denied relief do to ARP complaint not throughly investigated.

Page 5 of 11
"Attachments"

claim that [illegible] was held in Pending disciplinary action Segregation for ten more days longer than what disciplinary Punishment required.

Page 5 Of 11
"Attachments"

VI. Relief                                          "Attachments"

Burl Cain:
Punitive Damages: $75,000 (For reckless or callous indifference to my rights).

Compensatory Damages: $75,000 (For Physical functioning which cannot be restored and for Pain and suffering).

C.I.D Mr. Arnold:
Punitive Damages: $75,000 (For reckless or callous indifference to my my rights).

Compensatory: $75,000 (For Physical functioning which cannot be restored and for Pain and suffering).

Correctional Officer Ms. Turner:
Punitive Damages: $75,000 (For reckless or callous indifference to my rights).

Compensatory: $75,000 (For Physical functioning which cannot be restored and for Pain and suffering).

Correctional Officer Ms (UNKNOWN):
Punitive Damages: $75,000 (For reckless or callous indifference to my rights).

Compensatory Damages: $75,000 (For Physical functioning which cannot be restored and for Pain and suffering).

Deputy Warden Mr. Hicks:
Punitive Damages: $75,000 (For reckless or callous indifference to my rights).

Compensatory Damages: $75,000 (For Physical functioning which cannot be restored).

Correctional Officer Mr. Lee:
Punitive Damages: $75,000 (For reckless or callous indifference to my rights).

Compensatory Damages: $75,000 (For Physical functioning which cannot be restored).

VI. Relief

Major Ms. Lockhart:
 Punitive Damages: $75,000 (For reckless or callous indifference to my rights)
 Compensatory Damages: $75,000 (For pain and suffering)

Warden Timothy Barnes:
 Punitive Damages: $75,000 (For reckless or callous indifference to my rights)
 Compensatory Damages: $75,000 (For pain and suffering)

Major Ms. Ellis:
 Punitive Damages: $75,000 (For reckless or callous indifference to my rights)
 Compensatory Damages: $75,000 (For pain and suffering)
 * Rule Violation Report Expunge from Prison Records and minium custody reinstated *

Correctional Officer (Unknown)
 Punitive Damages: $75,000 (For reckless or callous indifference to my rights

1.) Severe Back Pain; Prescribed Pain medication (on-going)

2.) Stabbed and cut; Medical attention delayed, and wounds forced to heal on their own.

3.) Pyschollically affected; Aniexty; Mental Health Treatment (on-going)